United States Bankruptcy Court
Middle District of Pennsylvania

In re:  
Boraseth I. Tum  
    Debtor

Case No. 20-00829-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: AutoDocke     Page 1 of 2  
Date Rcvd: Jun 28, 2021     Form ID: pdf010     Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 30, 2021:**

**Recip ID**     **Recipient Name and Address**  
+ Vinculum Inc., 110 East Pennsylvania Boulevard, Feasterville, PA 19053-7843

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).  
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 30, 2021     Signature:     /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 28, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| Johanna Hill Rehkamp | on behalf of Debtor 1 Boraseth I. Tum jhr@cclawpc.com jlaughman@cclawpc.com;jbartley@cclawpc.com |
| Mario J. Hanyon | on behalf of Creditor FLAGSTAR BANK  FSB wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Rebecca Ann Solarz | on behalf of Creditor FLAGSTAR BANK  FSB bkgroup@kmllawgroup.com |
| Thomas Song | on behalf of Creditor FLAGSTAR BANK  FSB tomysong0@gmail.com |
| Tracy Lynn Updike | on behalf of Creditor JAMIE TUM tlupdike@mette.com rkvansteenacker@mette.com |

United States Trustee
    ustpregion03.ha.ecf@usdoj.gov

TOTAL: 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER 13 |
| | : |
| BORASETH I. TUM | : CASE NO: 1:20-bk-00829-HWV |
|     Debtor | : |

**ORDER DIRECTED TO DEBTOR'S EMPLOYER**

The Amended Motion of the Debtor for a wage attachment order having come this day before the Court, it is:

**HEREBY ORDERED** that the Vinculum Inc., 110 East Pennsylvania Boulevard, Feasterville, PA 19053, the employer of the Debtor, Boraseth I. Tum, is hereby directed to deduct from the bi-weekly salary of Boraseth I. Tum the sum of $461.54 for a period of forty-four (44) months, from June 2021 until February 2025, and to remit the same to Jack N. Zaharaopoulos, Esquire, Chapter 13 Trustee, P.O. Box 6008, Memphis, TN 38101-6008.

**IT IS FURTHER ORDERED** that Vinculum Inc. shall notify the Trustee if the Debtor's income is terminated and the reason therefore.

**IT IS FURTHER ORDERED** that this Order shall terminate without further order upon certification that the obligation of the Debtor has been fulfilled, if it is not terminated by earlier order of this Court.

Dated: June 28, 2021        By the Court,

*Henry W. Van Eck*
Henry W. Van Eck, Chief Bankruptcy Judge (CD)