UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: BORASETH I. TUM : CHAPTER 13
       Debtor(s) :
       :
JACK N. ZAHAROPOULOS :
STANDING CHAPTER 13 TRUSTEE :
       Movant :
       :
       vs. :
       :
BORASETH I. TUM :
       Respondent(s) : CASE NO. 1-20-bk-00829

## WITHDRAWAL OF TRUSTEE'S OBJECTION TO
## FOURTH AMENDED CHAPTER 13 PLAN

AND NOW, this 3rd day of December, 2021, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee, and requests that the Trustee's Objection to Chapter 13 Plan filed on or about October 22, 2021 be withdrawn as all issues have been resolved.

                                        Respectfully submitted:

                                        /s/Jack N. Zaharopoulos
                                        Standing Chapter 13 Trustee
                                        8125 Adams Drive, Suite A
                                        Hummelstown, PA 17036
                                        (717) 566-6097

## CERTIFICATE OF SERVICE

AND NOW, this 3rd day of December, 2021, I hereby certify that I have served the within Motion by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Hummelstown, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Johanna Hill Rehkamp, Esquire
P.O. Box 60457
Harrisburg, PA 17106

                                        /s/Deborah A. Behney
                                        Office of Jack N. Zaharopoulos
                                        Standing Chapter 13 Trustee