United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re:<br>Boraseth I. Tum<br>    Debtor | Case No. 20-00829-HWV<br>Chapter 13 |

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 2
Date Rcvd: Dec 17, 2021      Form ID: pdf010      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 19, 2021:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| + | Email/Text: akif_nizam@shi.com | Dec 17 2021 18:48:00 | SHI International Corp., Attn: Payroll Dept., 290 Davidson Avenue, Somerset, NJ 08873-4145 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 19, 2021      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 17, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| Johanna Hill Rehkamp | on behalf of Debtor 1 Boraseth I. Tum jhr@cclawpc.com jlaughman@cclawpc.com;jbartley@cclawpc.com |
| Mario J. Hanyon | on behalf of Creditor FLAGSTAR BANK  FSB wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Rebecca Ann Solarz | on behalf of Creditor FLAGSTAR BANK  FSB bkgroup@kmllawgroup.com |
| Thomas Song | on behalf of Creditor FLAGSTAR BANK  FSB tomysong0@gmail.com |

Tracy Lynn Updike
        on behalf of Creditor JAMIE TUM tlupdike@mette.com rkvansteenacker@mette.com

United States Trustee
        ustpregion03.ha.ecf@usdoj.gov

TOTAL: 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 13

BORASETH I. TUM : CASE NO: 1:20-bk-00829-HWV
    Debtor :

## ORDER DIRECTED TO DEBTOR'S EMPLOYER

The Third Amended Motion of the Debtor for a wage attachment order having come this day before the Court, it is:

**HEREBY ORDERED** that the SHI International Corp., 290 Davidson Avenue, Somerset, NJ 08873, the employer of the Debtor, Boraseth I. Tum, is hereby directed to deduct from the bi-weekly salary of Boraseth I. Tum the sum of $900.47 bi- weekly for a period of thirty-nine (39) months, from December 2021 until February 2025, and to remit the same to Jack N. Zaharopoulos, Esquire, Chapter 13 Trustee, P.O. Box 6008, Memphis, TN 38101-6008.

**IT IS FURTHER ORDERED** that SHI International Corp. shall notify the Trustee if the Debtor's income is terminated and the reason therefore.

**IT IS FURTHER ORDERED** that this Order shall terminate without further order upon certification that the obligation of the Debtor has been fulfilled, if it is not terminated by earlier order of this Court.

Dated: December 17, 2021     By the Court,

_Henry W. Van Eck_
Henry W. Van Eck, Chief Bankruptcy Judge (MS)