IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 13
:
BORASETH I. TUM : CASE NO: 1:20-bk-00829-HWV
   Debtor :

**ENTRY AND WITHDRAWAL OF APPEARANCE**

TO THE CLERK:

Kindly withdraw the appearance of Cunningham, Chernicoff & Warshawsky, P.C and Johanna H. Rehkamp, Esquire, as attorney of record for the Debtor in the above captioned matter.

Date: December 28, 2021     CUNNINGHAM CHERNICOFF & WARSHAWSKY, P.C.

By: /s/ Johanna H. Rehkamp
Johanna H. Rehkamp, Esquire
Cunningham & Chernicoff, P.C.
2320 North Second Street
Harrisburg, PA 17110
(717) 238-6570
jhr@cclawpc.com

Kindly enter the appearance of Robert E. Chernicoff, Esquire and Cunningham, Chernicoff & Warshawsky, P.C., as attorney of record for the Debtor in the above captioned matter.

Date: December 28, 2021     CUNNINGHAM CHERNICOFF & WARSHAWSKY, P.C.

By: /s/ Robert E. Chernicoff
Robert E. Chernicoff, Esquire
2320 North Second Street
P. O. Box 60457
Harrisburg, PA 17106-0457
(717) 238-6570
rchernicoff@cclawpc.com