In re:  Case No. 20-00829-HWV

Boraseth I. Tum  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1    User: AutoDocke    Page 1 of 2
Date Rcvd: May 31, 2022    Form ID: orfeedue    Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 02, 2022:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 5312775 | Email/Text: GUARBKe-courtdocs@ascendiumeducation.org | May 31 2022 19:04:00 | Ascendium Education Solutions, Inc, PO Box 8961, Madison WI 53708-8961 |

TOTAL: 1

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 02, 2022      Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 31, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| Mario J. Hanyon | on behalf of Creditor FLAGSTAR BANK FSB wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Rebecca Ann Solarz | on behalf of Creditor FLAGSTAR BANK FSB bkgroup@kmllawgroup.com |
| Rebecca Ann Solarz | on behalf of Creditor FLAGSTAR BANK bkgroup@kmllawgroup.com |
| Robert E Chernicoff | on behalf of Debtor 1 Boraseth I. Tum rec@cclawpc.com jbartley@cclawpc.com;jlaughman@cclawpc.com;jkj@cclawpc.com |
| Thomas Song | on behalf of Creditor FLAGSTAR BANK FSB tomysong0@gmail.com |
| Tracy Lynn Updike | on behalf of Creditor JAMIE TUM tlupdike@mette.com rkvansteenacker@mette.com |

United States Trustee   ustpregion03.ha.ecf@usdoj.gov

TOTAL: 8

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

Boraseth I. Tum
aka Seth Tum

Chapter 13

Case number 1:20−bk−00829−HWV

Document Number: 96

**Debtor(s)**

### Order Filing Fee Due

Finding that the fee in the amount of **$26.00** assessed in connection with the filing to Redact or to Restrict Access has not been paid, it is hereby

**ORDERED** that the fee be paid in full on or before **June 7, 2022** or the pleading may be stricken by the court for failure to pay the filing fee.

By the Court,

*(signature)*

Henry W. Van Eck, Chief Bankruptcy Judge

Dated: May 31, 2022

orfeedue(05/18)