UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>Boraseth I. Tum aka Seth Tum<br>                 Debtor<br><br>FLAGSTAR BANK, FSB<br>                 Movant<br>    vs.<br><br>Boraseth I. Tum aka Seth Tum<br>                 Debtor<br><br>and Jack N. Zaharopoulos, Esq.<br>                 Trustee | BK. NO. 20-00829 HWV<br><br>CHAPTER 13<br><br>11 U.S.C. Section 362 |

## ORDER

Upon Consideration of the Certification of Default filed by the Movant in accordance with the Stipulation of the parties approved on February 24, 2022 it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under 11 U.S.C. Sections 362 and 1301 of the Bankruptcy Reform Act of 1978 (The Code) 11 U.S.C. 11 U.S.C. Sections 362 and 1301 (if applicable), is modified to allow FLAGSTAR BANK and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 3820 Dora Dr Harrisburg, PA 17110.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

By the Court,

_/s/ Henry W. Van Eck_
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: October 12, 2022