IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 13
:
BORASETH I. TUM : CASE NO: 1:20-bk-00829-HWV
    Debtor :

CERTIFICATE OF SERVICE

    I, Jacob Laughman, a paralegal with the law firm of Cunningham, Chernicoff & Warshawsky, P.C., hereby certify that on October 18, 2022, a true and correct copy of the foregoing Motion to Reconsider Order Modifying Automatic Stay was served by electronic means and/or first-class mail, postage prepaid on the following:

United States Trustee
228 Walnut Street
Suite 1190
Harrisburg, PA 17101

Jack N. Zaharopoulos, Esquire
Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036

Denise Carlon, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532

    CUNNINGHAM, CHERNICOFF &
    WARSHAWSKY, P.C.


    By: /s/ Jacob Laughman
    Jacob Laughman, Paralegal