IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| BORASETH I. TUM | : | CASE NO: 1-20-00829-HWV |
| | : | |
| Debtor | : | |

**WITHDRAWAL OF CREDITOR JAMIE K. TUM'S MOTION
TO DISMISS CASE PURSUANT TO 11 U.S.C. §1307(c)(11)**

TO THE CLERK:

Kindly withdraw Creditor Jamie K. Tum's Motion to Dismiss Case Pursuant to 11 U.S.C. §1307(c)(11) (Docket No. 111) in the above-captioned matter as the matter has been resolved.

                                                Respectfully submitted,

                               By: /s/ Tracy L. Updike
                                        Tracy L. Updike, Esquire
                                        Mette, Evans & Woodside
                                        3401 North Front Street
                                        PO Box 5950
                                        Harrisburg, PA 17110
                                        Telephone: (717) 232-5000

Date: April 21, 2023