UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: : | |
| : | CASE NO. 1:bk-20-00829-HWV |
| BORASETH I. TUM : | |
|     Debtor : | CHAPTER 13 |
| : | |
| BORASETH I. TUM : | |
|     Movant : | |
| : | |
| v. : | |
| : | |
| DAUPHIN COUNTY DOMESTIC : | |
| RELATIONS SECTION, FLAGSTAR : | |
| BANK, PENNSYLVANIA : | |
| DEPARTMENT OF REVENUE, : | |
|     and : | |
| JACK N. ZAHAROPOULOS, ESQUIRE : | |
|     Respondents : | |

**AMENDED CERTIFICATE OF SERVICE**

    I, Jacob Laughman, with the law firm of Cunningham, Chernicoff & Warshawsky, P.C., hereby certify that on August 31, 2023, true and correct copies of the **DEBTOR'S MOTION TO APPROVE SALE OF REAL PROPERTY (3820 Dora Drive, Harrisburg, PA)** was served via electronic-notice and/or by first-class mail, postage prepaid on the following:

Jack N. Zaharopoulos, Esquire
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036

United States Trustee
US Courthouse
1501 N. 6th St
Harrisburg, PA 17102

PA Department of Revenue
Bankruptcy Division
PO Box 280946
Harrisburg, PA 17128-0946

Denise E. Carlon
KML Law Group, PC
701 Market Street
Suite 5000
Philadelphia, PA 19106

Mario J. Hanyon
Brock & Scott, PLLC
302 Fellowship Road,
Ste 130
Mount Laurel, NJ 08054

Brian C Nicholas
KML Law Group, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106

Thomas Song
3637 Sentara Way
Virginia Beach, VA 23452

Flagstar Bank F.S.B.
5151 Corporate Drive
Troy MI 48098

| | |
|---|---|
| Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Dauphin County Domestic Relations<br>PO Box 1295<br>Harrisburg, PA 17108 |
| PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541 | Powers Kirn LLC<br>Jill Manuel-Coughlin, Esq.<br>8 Neshaminy Interplex, Ste. 215<br>Trevose, PA 19053 |

      I hereby further certify that on August 31, 2023, a copy of the **NOTICE OF DEBTOR'S MOTION TO APPROVE SALE OF REAL PROPERTY (3820 Dora Drive, Harrisburg, PA)** was served via First Class Mail, on the following claimants per language included in the confirmed plan:

**SEE ATTACHED MATRIX**

      CUNNINGHAM, CHERNICOFF
      & WARSHAWSKY, P.C.

      By: /s/ Jacob Laughman
           Jacob Laughman

LVNV Funding LLC
c/o Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Capital One, N.A.
c/o Becket and Lee LLP
PO Box 3001
Malvern PA 19355-0701

Portfolio Recovery Associates, LLC
PO Box 41067
Norfolk, VA 23541

Synchrony Bank
c/o Weinstein & Riley, PS
2001 Western Ave., Ste 400
Seattle, WA 98121

Portfolio Recovery Associates, LLC
PO Box 41067
Norfolk VA 23541

Denise E. Carlon
KML Law Group, PC
701 Market Street
Suite 5000
Philadelphia, PA 19106

Thomas Song
3637 Sentara Way
Virginia Beach, VA 23452

United States Trustee
US Courthouse
1501 N. 6th St
Harrisburg, PA 17102

Ascendium Education Solutions, Inc
PO Box 8961
Madison WI 53708-8961

U.S. Bank NA dba Elan Financial Services
Bankruptcy Department
PO Box 108
Saint Louis MO 63166-0108

USAA Federal Savings Bank
C/O: Weinstein & Riley, PS
2001 Western Avenue, Ste 400
Seattle, WA 98121

Sprint Corp.
Attn: Bankruptcy
P.O. Box 7949
Overland Park, KS 66207-0949

Dauphin County Domestic Relations
PO Box 1295
Harrisburg, PA 17108

Mario J. Hanyon
Brock & Scott, PLLC
302 Fellowship Road,
Ste 130
Mount Laurel, NJ 08054

Tracy Lynn Updike
Mette, Evans & Woodside
3401 North Front Street
PO Box 5950
Harrisburg, PA 17110-0950

Jack N Zaharopoulos
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036

Capital One Bank (USA), N.A.
by American InfoSource as agent
PO Box 71083
Charlotte, NC 28272-1083

Quantum3 Group LLC as agent for
Velocity Investments LLC
PO Box 788
Kirkland, WA 98083-0788

Flagstar Bank F.S.B.
5151 Corporate Drive
Troy MI 48098

Citibank, N.A.
5800 S Corporate Pl
Sioux Falls, SD 57108-5027

PA Department of Revenue
Bankruptcy Division
PO Box 280946
Harrisburg, PA 17128-0946

Brian C Nicholas
KML Law Group, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106

Jamie Tum
2624 Outerbridge Crossing
Harrisburg, PA 17112

Powers Kirn LLC
Jill Manuel-Coughlin, Esq.
8 Neshaminy Interplex, Ste. 215
Trevose, PA 19053