United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-00829-HWV |
| Boraseth I. Tum | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-1 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: Aug 31, 2023 | Form ID: pdf010 | Total Noticed: 3 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 02, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Boraseth I. Tum, 3820 Dora Drive, Harrisburg, PA 17110-3616 |
| 5328449 | + Dauphin County Domestic Relations, PO Box 1295, Harrisburg, PA 17108-1295 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 5345934 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 31 2023 18:36:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 02, 2023           Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 31, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian C Nicholas | on behalf of Creditor FLAGSTAR BANK bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| Brian C Nicholas | on behalf of Creditor FLAGSTAR BANK FSB bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor FLAGSTAR BANK FSB bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |

| | |
|---|---|
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| James K Jones | on behalf of Debtor 1 Boraseth I. Tum jkj@cclawpc.com jbartley@cclawpc.com;jlaughman@cclawpc.com;rec@cclawpc.com |
| Mario J. Hanyon | on behalf of Creditor FLAGSTAR BANK FSB wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Robert E Chernicoff | on behalf of Debtor 1 Boraseth I. Tum rec@cclawpc.com jbartley@cclawpc.com;jlaughman@cclawpc.com;jkj@cclawpc.com |
| Thomas Song | on behalf of Creditor FLAGSTAR BANK FSB tomysong0@gmail.com |
| Tracy Lynn Updike | on behalf of Creditor JAMIE TUM tlupdike@mette.com rkvansteenacker@mette.com;ddwhistler@mette.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 10

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: : | |
| : | CASE NO. 1:20-bk-00829-HWV |
| BOROSETH I. TUM : | |
|     Debtor : | CHAPTER 13 |
| : | |
| BOROSETH I. TUM : | |
|     Movant : | |
| : | |
| v. : | |
| : | |
| DAUPHIN COUNTY DOMESTIC : | |
| RELATIONS SECTION, FLAGSTAR : | |
| BANK, PENNSYLVANIA : | |
| DEPARTMENT OF REVENUE, : | |
|     and : | |
| JACK N. ZAHAROPOULOS, ESQUIRE : | |
|     Respondents : | |

## ORDER SHORTENING NOTICE

Upon consideration of the Motion of the Debtor to Shorten Notice and it appearing that such shortened notice is necessary in order to allow the Debtor to close under the sale as close to September 12, 2023 as possible and to enhance the Debtor's opportunity to reorganize, it is

**ORDERED** that the time to object to the Debtor's Motion to Approve Sale of Real Property (the "Sale Motion") for 3820 Dora Drive, Harrisburg, Pennsylvania, Tax Parcel Id. 35-089-086-000-0000 ("3820 Dora Drive") is shortened to ten (10) days from the entry of this Order.

By the Court,

*/s/ Henry W. Van Eck*
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: August 31, 2023