IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:                          :        CHAPTER 13
                                :
BORASETH I. TUM                 :        CASE NO: 1-20-00829-HWV
                                :
    Debtor                    :

## WITHDRAWAL OF APPEARANCE

TO THE CLERK:

    Kindly withdraw the appearance of Tracy L. Updike, Esquire on behalf of Mette, Evans and Woodside, as attorney of record for Creditor Jamie K. Tum in the above-captioned matter. There are no active matters pending in which Jamie K. Tum is involved, and she can just monitor the case to fruition through regular mailings to her address on the Matrix.


Date:  September 11, 2023        By:  _/s/ Tracy L. Updike_____
                                     Tracy L. Updike, Esquire
                                     Mette, Evans & Woodside
                                     3401 N. Front Street
                                     Harrisburg, PA 17110
                                     Telephone: (717) 232-5000