UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA
HARRISBURG DIVISION

IN RE:  CASE NO.: 1:20-bk-00829-HWV
Boraseth I. Tum  CHAPTER 13
aka Seth Tum
   Debtor.
_____/

## NOTICE OF SATISFACTION OF PROOF OF CLAIM 8-1

NOW COMES, USAA Federal Savings Bank and hereby provides notice that the Proof of Claim 8-1, filed by USAA Federal Savings Bank on 05/04/2020, in the amount of $5,145.43, is deemed satisfied and no further payments are due. Accordingly, any future disbursements on Claim number 8-1 should cease at this time. Any monies received after the date of this Notice will be returned to the sender.

Robertson, Anschutz, Schneid Crane & Partners PLLC
Authorized Agent for Secured Creditor
13010 Morris Road, Suite 450
Alpharetta, Ga 30004
Telephone: 470-321-7112

By: _/s/ Michelle L. McGowan
   Michelle L. McGowan
   Email: mimcgowan@raslg.com

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA
HARRISBURG DIVISION

IN RE:                                                               CASE NO.: 1:20-bk-00829-HWV
**Boraseth I. Tum**                                        CHAPTER 13
**aka Seth Tum**
    **Debtor.**
_____/

## CERTIFICATE OF SERVICE

      **I HEREBY CERTIFY** that on January 16, 2024, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

**Boraseth I. Tum
3820 Dora Drive
Harrisburg, PA 17110**

And via electronic mail to:

**Robert E Chernicoff
Cunningham and Chernicoff PC
2320 North Second Street
Harrisburg, PA 17110**

**Jack N Zaharopoulos
Standing Chapter 13
(Trustee)
8125 Adams Drive, Suite A
Hummelstown, PA 17036**

**United States Trustee
US Courthouse
1501 N. 6th St
Harrisburg, PA 17102**

                                             By: /s/ Hayley Copher
                                             Hayley Copher
                                             Email: haycopher@raslg.com