United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-00829-HWV |
| Boraseth I. Tum | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-1 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: Apr 05, 2024 | Form ID: pdf010 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 07, 2024:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| + | Email/Text: akif_nizam@shi.com | Apr 05 2024 18:54:00 | SHI International Corp., Attn: Payroll Dept., 290 Davidson Avenue, Somerset, NJ 08873-4145 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 07, 2024    Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 5, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor FLAGSTAR BANK  FSB bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| James K Jones | on behalf of Debtor 1 Boraseth I. Tum jkjones@mette.com  rkvansteenacker@mette.com |
| Mario J. Hanyon | on behalf of Creditor FLAGSTAR BANK  FSB wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Michael Patrick Farrington | on behalf of Creditor FLAGSTAR BANK mfarrington@kmllawgroup.com |

Michael Patrick Farrington
    on behalf of Creditor FLAGSTAR BANK  FSB mfarrington@kmllawgroup.com

Michelle McGowan
    on behalf of Creditor USAA Federal Savings Bank mimcgowan@raslg.com

Robert E Chernicoff
    on behalf of Debtor 1 Boraseth I. Tum rec@cclawpc.com  jbartley@cclawpc.com;jlaughman@cclawpc.com;jkj@cclawpc.com

Thomas Song
    on behalf of Creditor FLAGSTAR BANK  FSB tomysong0@gmail.com

United States Trustee
    ustpregion03.ha.ecf@usdoj.gov

TOTAL: 10

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER 13 |
| | : |
| BORASETH I. TUM | : CASE NO: 1:20-bk-00829-HWV |
| Debtor | : |

**ORDER DIRECTED TO DEBTOR'S EMPLOYER**

The Motion of the Debtor, for termination of a wage attachment having come this day before the Court, it is:

**HEREBY ORDERED** that SHI International Corp., the employer of the Debtor, Boraseth I. Tum, is hereby directed to discontinue deduction from the bi-weekly salary of Boraseth I. Tum the sum of $1,053.23, immediately.

By the Court,

*Henry W. Van Eck*
_____
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: April 5, 2024