IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:                          : CHAPTER 13
                                :
BORASETH I. TUM                 : CASE NO: 1:20-bk-00829-HWV
    Debtor                 :

**WITHDRAWAL OF APPEARANCE**

TO THE CLERK:

    Kindly withdraw the appearance of Mette, Evans and Woodside and James K. Jones, Esquire, as attorney of record for the Debtor in the above captioned matter.

Date: April 17, 2024          METTE EVANS AND WOODSIDE
                                           ATTORNEYS AT LAW

                                           By:    /s/ James K. Jones, Esquire
                                                  James K. Jones, Esquire
                                                  Mette, Evans & Woodside
                                                  3401 North Front Street
                                                  Harrisburg, PA  17110
                                                  (717) 232-5000
                                                  jkjones@mette.com